1  STEVEN G. KALAR
   Federal Public Defender
2  JOHN PAUL REICHMTUH
   Assistant Federal Public Defender
3  1301 Clay St., Suite 1350N
   Oakland, CA 94612
4  Telephone: (510) 637-3500
   Fax: (510) 637-3507

5

6  Counsel for Defendant
   CRAIG SCOTT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 17-191-JST [KAW] |
|---|---|
| PLAINTIFF, | STIPULATION TO PERMIT TRAVEL; [PROPOSED] ORDER |
| v. | |
| CRAIG SCOTT, | |
| DEFENDANT. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, and with the approval of Mr. Scott's Pretrial Officer, Victoria Gibson, that Mr. Scott be permitted to travel to Hawaii between January 2 and January 8, 2018, subject to the conditions that he provide travel itinerary and contact information to his Pretrial Officer in advance of travel, and that he report as directed during the period of travel.

DATED: December 19, 2017           /S/
                                   JOHN PAUL REICHMUTH
                                   Assistant Federal Public Defender
                                   Counsel for Defendant SCOTT

DATED: December 19, 2017                /S/
                                 COLIN SAMPSON
                                 Assistant United States Attorney

### ORDER

Pursuant to the parties' Stipulation, it is hereby ORDERED that Mr. Scott be permitted to travel to Hawaii between January 2 and January 8, 2018, subject to the conditions that he provide travel itinerary and contact information to his Pretrial Officer in advance of travel, and that he report as directed during the period of travel.

IT IS SO ORDERED.

DATED: 12/19/17                  _____
                                 HON. KANDIS A. WESTMORE
                                 United States Magistrate Judge