1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  COLIN SAMPSON (CABN 249784)
   Assistant United States Attorney
5  CHARLES A. O'REILLY (CABN 160980)
   Trial Attorney, Tax Division
6    450 Golden Gate Ave., Box 36055
7    San Francisco, CA 94102
     Telephone: (415) 436-7020
8    Facsimile: (415) 436-7009
     Email:     colin.sampson@usdoj.gov
9

10

11
                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13
                               OAKLAND DIVISION
14

15

16 | UNITED STATES OF AMERICA,        Case No. 4:17-cr-00191-JST-3

17 |       Plaintiff,                 STIPULATION TO CONTINUE
   |                                  STATUS HEARING
   |       v.
18 | CRAIG SCOTT,                     Date:  February 15, 2019
                                      Time:  9:30 AM
19 |       Defendant.                 Place: Courtroom 2, 4th Floor
                                             Oakland Courthouse
20

21

22      On October 12, 2018, defendant Craig Scott pleaded guilty to Count One of the Indictment

23 charging him with conspiring to commit wire fraud, in violation of 18 U.S.C. § 1349.

24      The parties have scheduled a meeting to discuss potential cooperation or assistance with the

25 government's case against the remaining defendant, whose trial has been scheduled to commence April

26 1, 2019. Due to Mr. Scott's recent travel to care for a relative in Oregon, the parties have been unable to

27 schedule a meeting to discuss his potential assistance until the week of February 18, 2019. The parties

28

have discussed the matter with the U.S. Probation Officer, Jessica Goldsberry, who as a result has postponed the preparation of a presentence investigation report for Mr. Scott.

As a result of the above, the parties hereby stipulate and agree that the Court should vacate the sentencing date at this time and set a further status for March 15, 2019 at 9:30 a.m. to update the Court regarding whether and when a sentencing date should be set.

Respectfully submitted,

Dated: February 1, 2019  /s/ Colin Sampson
COLIN SAMPSON
Assistant United States Attorney

Dated: February 1, 2019  /s/ John Reighmuth
JOHN PAUL REICHMUTH
Attorney for Defendant Craig Scott

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the United States of America and defendant Craig Scott, and for good cause shown therein:

IT IS ORDERED THAT defendant's sentencing date is vacated. The parties shall attend a status hearing and will advise the Court regarding a continued sentencing date on March 15, 2019, at 9:30 AM in Oakland.

IT IS SO ORDERED.

Dated: February 4, 2019

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Case No. CR 17-CR-00191 JST